UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :

          -v.-                              :

███████████████████████████      :

███████████████████████      :

████████████████████████      :

████                        :


███████████████████████████      :

███████████████████████      :

████████████████████████      :

██████                      :


███████████████████████████      :

███████████████████████      :

████████████████████████      :

██████  and                 :

ALL MONIES AND FUNDS CONTAINED IN  :
OR TRACEABLE TO TD BANK, N.A.,
ACCOUNT ████████████ , HELD IN THE   :
NAME OF "A2B TRANSPORTATION,
INC.,"                               :

          Defendants-<u>in</u>-<u>rem</u>.  :

- - - - - - - - - - - - - - - - X

**20 MAG 9527**

WARRANT OF SEIZURE
PURSUANT TO 18 U.S.C.
§§ 981 and 984

          TO:  ANY DESIGNATED OFFICER OF THE FEDERAL BUREAU OF
               INVESTIGATION AND/OR ANY LAW ENFORCEMENT OFFICER
               AUTHORIZED BY LAW

          An Affidavit having been made before me by ALI AMHAZ-

STRICKLAND, a Special Agent with the Federal Bureau of

Investigation, that he has reason to believe that the above-captioned funds are subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981 and 984, and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981 and 984;

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within fourteen (14) days of the date of issuance of this warrant, by serving a copy of this warrant of seizure upon any person presently in possession of the property described as follows:

a.   All monies and funds contained in or traceable to ██████████████████████████████████ ████████████████████████████████████████ ████████████,

b.   All monies and funds contained in or traceable to ████████████████████████████████████ ██████████████████████████████████████████,

c.   All monies and funds contained in or traceable to ██████████████████████████████████ ████████████████████████████████████████ ████████████, and

d.   All monies and funds contained in or traceable to TD Bank account ██████████ held in the name of "A2B

Transportation, Inc." (the "A2B Transportation Bank Account")
(collectively, the "Target Property").

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a
written inventory of the property seized and promptly return
this warrant and inventory before this Court as required by law.

IT IS FURTHER ORDERED THAT the transfers from the above-
listed account are prohibited to the extent they would reduce
the balance of an account below the amount ordered seized from
said account, in order to prevent the above-captioned funds from
being transferred, withdrawn, or removed therefrom.  Transfers
into the accounts shall continue to be permitted.


Dated:    New York, New York

September 8, 2020                  1:45 pm
_____       _____
       Date Issued              Time Issued


                         _____
                         HONORABLE SARAH NETBURN
                         United States Magistrate Judge
                         Southern District of New York